IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG LAMAR REID,**<br><br>                                       Petitioner,<br><br>     v.<br><br>**WARDEN OF HIGH DESERT STATE PRISON, et al.,**<br><br>                                       Respondents. | CIV S-06-1627 FCD PAN P<br><br>**ORDER** |

       Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 8, 2006, respondent filed a request for an enlargement of time within which to file an answer to petitioner's petition.  Good cause appearing, respondent's request will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's September 8, 2006, request for an enlargement of time is granted; and

2. Respondent is granted an extension of time to and including October 11, 2006, for the purpose of filing a response in this action.

DATED: September 12, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

14reid1627.ext

1