IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG LAMAR REID,** | CIV S-06-1627 FCD EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN OF HIGH DESERT STATE PRISON, et al.,** | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se and *in forma pauperis* with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 10, 2006, respondent filed a request for an enlargement of time within which to file an answer to petitioner's petition.  Good cause appearing, respondent's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's October 10, 2006, request for an enlargement of time is granted; and

2. Respondent is granted an extension of time to and including November 10, 2006 for the purpose of filing a response in this action.

Dated: October 17, 2006

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE