IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG LAMAR REID,

    Petitioner,               No. CIV S-06-1627 FCD EFB P

    vs.

WARDEN OF HIGH DESERT STATE PRISON, et al.,

    Respondents.          ORDER

                               /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 29, 2006, petitioner requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's November 29, 2006 request is granted and petitioner shall file and serve a traverse on or before January 6, 2007.

Dated: December 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE