IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG LAMAR REID,

      Petitioner,                         No. CIV S-06-1627 FCD EFB P

      vs.

WARDEN OF HIGH DESERT STATE PRISON, et al.,

      Respondents.                   ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 3, 2007, petitioner requested an extension of time to file and serve a traverse pursuant to the court's order filed on December 8, 2006. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's January 3, 2007 request is granted and petitioner shall file and serve a traverse on or before February 6, 2007.

Dated: January 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE