IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG LAMAR REID,

    Petitioner,                   No. CIV S-06-1627 FCD EFB P

    vs.

WARDEN OF HIGH DESERT STATE PRISON, et al.,

    Respondents.               ORDER

                                  /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 31, 2007, petitioner requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's January 31, 2007, request is granted and petitioner shall file and serve a traverse on or before March 6, 2007.

Dated: February 22, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE