IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG LAMAR REID,

    Petitioner,                    No. CIV S-06-1627 FCD EFB P

    vs.

WARDEN OF HIGH DESERT STATE PRISON, et al.,

    Respondents.              ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 31, 2007, petitioner filed a motion to stay the proceedings and hold his petition in abeyance pending his attempt to obtain state court review of the unexhausted claims presented in his petition. Respondents have not filed an opposition to this motion.

    Accordingly, it is hereby ORDERED that respondents are directed to file an opposition or statement of non-opposition to this motion within 30 days.

Dated: September 28, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE